**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6717**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TOMEL K. LUCAS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CR-94-78, CA-01-2-7)

_____

Submitted:  August 9, 2001          Decided:  August 17, 2001

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Tomel K. Lucas, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tomel Kareem Lucas seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lucas, Nos. CR-94-78; CA-01-2-7 (W.D. Va. Apr. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2